**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Laura Fashing,
United States Magistrate Judge**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE TITLE**: *Rodriguez v. Serna et al* | **DATE**: Tuesday, September 03, 2019 |
| **CASE No**: 1:17-cv-01147-WJ-LF | **COURTROOM CLERK**: CDA |
| **PROCEEDINGS COMMENCED**: 2:30 p.m. | **COURT IN RECESS**: 2:47 p.m. |

**TYPE OF PROCEEDING**: *Status Conference*

| **ATTORNEY(S) PRESENT FOR PLAINTIFF(S)**: | **ATTORNEY(S) PRESENT FOR DEFENDANT(S)**: |
|---|---|
| **Jason Marks** | **Mark Komer** for Defendants Ricky Serna, Patricia Trujillo, Nancy Barcelo, Rick Bailey, Matthew Martinez, Mario Caetano, Andy Romero, John Waters, Northern New Mexico College (NNMC), and The NNMC Board of Regents |
| | **Jamie Sullivan** for Defendants Brandi Cordova, Pedro Martinez, and Ryan Cordova |

**The following issues were discussed**:

I.  Because plaintiff is unable to personally attend the settlement conference previously tentatively set on October 16, 2019, the Court would like to pick a new date for the settlement conference.

II. The Court and counsel are available on 11/14/19, 11/15/19, 11/25/19, 12/2/19, 12/4/19, and 12/5/19. Plaintiff will contact the Court at (505) 348-2360 or fashingchambers@nmd.uscourts.gov, no later than close of business on Thursday, September 5, 2019, to advise of her availability to personally appear at the settlement conference. Defendants will contact the Court no later than close of business on Monday, September 9, 2019, to advise of their availability.

III. The individual defendants will not be required to personally participate in the settlement conference as an adjuster with full and final authority will appear on defendants' behalf.