IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE LAURA FASHING

Caption:     *Rodriguez v. Serna et al*
             1:17-cv-01147-WJ-LF

Date & Time:  Friday, November 15, 2019, 9:00 a.m.

| Appearances for Plaintiffs: | Appearances for Defendants: |
|---|---|
| Jason A. Marks  /s/ | Mark E. Komer  *MK* |
|  | ~~Christina L. Brennan~~ |
|  | ~~Frank D. Weissbarth~~ |
|  | James P. Sullivan  /s/ |

| Plaintiff(s) in Attendance: | Defendant(s) in Attendance: |
|---|---|
| Annette Rodriguez  /s/ Annette Rodriguez | Reyes de la Cruz  *RC* |
|  | Rick Bejarano  *RB* |

Others Attending:

__X__ Case settled.  Per order filed concurrently, closing documents due on __Dec. 16, 2019__.

____ Case did not settle.

____ Settlement efforts to be continued on _____ at _____.

__X__ Chama Courtroom; Time in Court= __4 hours__.