U.S. DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANNETTE RODRIGUEZ,

    Plaintiff,

v.                                  Case No. 1:17-CV-1147-WJ-LF

RICKY SERNA, BRANDI CORDOVA,
PATRICIA TRUJILLO, NANCY "RUSTY" BARCELO,
RICK BAILEY, MATTHEW MARTINEZ,
PEDRO MARTINEZ, MARIO CAETANO,
RYAN CORDOVA, ANDY ROMERO,
in their individual capacities; and
NORTHERN NEW MEXICO COLLEGE (NNMC)
AND THE NNMC BOARD OF REGENTS,

    Defendants.

## SECOND JOINT MOTION REQUESTING EXTENSION OF DEADLINE TO FILE CLOSING DOCUMENTS

Plaintiff and Defendant Board of Regents of Northern New Mexico College move the Court for an extension of time until January 10, 2020 to file closing documents.

1.    On November 15, 2019, Judge Fashing issued an Order requiring the parties to submit closing documents no later than December 16, 2019 (Doc 194, filed 11-15-19).

2.    On December 16, 2019, the parties filed a joint motion requesting an extension of time to submit closing documents until December 30, 2019 (Doc 195, filed 12-16-19).

3.    On December 17, 2019, Judge Fashing issued an Order extending the deadline until December 30, 2019 (Doc 196, filed 12-17-19).

4.      The holidays have delayed completion of the preparation and exchange of settlement documents.

5.      Plaintiff and Defendant require additional time to complete the steps necessary to preparation of the closing documents and request an extension until January 10, 2020 to do so. All parties concur in this motion.

WHEREFORE, Plaintiff and Defendant move the Court for entry of an order extending the deadline for filing closing documents until January 10, 2020.

LONG, KOMER & ASSOCIATES, P.A.
*Attorneys for Defendants*

*/s/ Mark E. Komer*
Mark E. Komer
P. O. Box 5098
Santa Fe, NM  87502-5098
505-982-8405
*mark@longkomer.com*
*email@longkomer.com*


  */s/ Jason Marks*
JASON MARKS LAW LLC
Jason Marks
1011 Third Street, N.W.
Albuquerque, NM 87102
(505) 385-4435
*lawoffice@jasonmarks.com*

*Attorneys for Plaintiff*


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December 2019, I filed the foregoing **Second Motion Requesting Extension of Deadline to File Closing Documents** electronically, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jason Marks
lawoffice@jasonmarks.com

*Attorney for Plaintiff*

Jamie Sullivan
Jamie@brennsull.com

*Attorney for Defendants Pedro Martinez,
Brandi Cordova and Ryan Cordova*

*/s/ Mark E. Komer*
Mark E. Komer
