U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

ANNETTE RODRIGUEZ,

    Plaintiff,

v.                            No. Case No. 1:17-CV-1147-WJ-LF

RICKY SERNA, BRANDI CORDOVA,
PATRICIA TRUJILLO, NANCY "RUSTY" BARCELO,
RICK BAILEY, MATTHEW MARTINEZ,
PEDRO MARTINEZ, MARIO CAETANO,
RYAN CORDOVA, ANDY ROMERO,
in their individual capacities;
and NORTHERN NEW MEXICO COLLEGE (NNMC)
AND THE NNMC BOARD OF REGENTS,

    Defendants.

## JOINT MOTION OF DISMISSAL, WITH PREJUDICE

Plaintiff Annette Rodriguez, by and through her counsel of record Jason Marks Law LLC (Jason Marks) and Defendants, by and through their counsel of record Long, Komer & Associates, P.A. (Mark E. Komer) (the Parties) move the Court for a dismissal, with prejudice, of Defendants Ricky Serna, Brandi Cordova, Patricia Trujillo, Nancy "Rusty" Barcelo, Rick Bailey, Matthew Martinez, Pedro Martinez, Mario Caetano, Ryan Cordova and Andy Romero.

WHEREFORE, the parties pray that plaintiff's claims against Defendants Ricky Serna, Brandi Cordova, Patricia Trujillo, Nancy "Rusty" Barcelo, Rick Bailey, Matthew Martinez, Mario Caetano, Pedro Martinez, Ryan Cordova and

Andy Romero be dismissed with prejudice with each party to bear their own costs and attorneys fees.

> LONG, KOMER & ASSOCIATES, P.A.
> *Attorneys for Defendants*
>
> */s/Mark E. Komer*
> Mark E. Komer
> P. O. Box 5098
> Santa Fe, NM  87502-5098
> 505-982-8405
> mark@longkomer.com
> email@longkomer.com

Approved:

JASON MARKS LAW LLC

*Electronic approval 11-21-19*
1011 Third Street, N.W.
Albuquerque, NM 87102
(505) 385-4435
lawoffice@jasonmarks.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of January 2020, I filed the foregoing **Joint Motion of Dismissal with Prejudice** electronically, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jason Marks
lawoffice@jasonmarks.com

*Attorney for Plaintiff*

Jamie Sullivan
Jamie@brennsull.com

*Attorney for Defendants*
*Pedro Martinez, Brandi Cordova*
*and Ryan Cordova*

                        */s/ Mark E. Komer*
                        Mark E. Komer