IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANNETTE RODRIGUEZ,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No. 1:17-CV-1147-WJ/LF

RICKY SERNA, BRANDI CORDOVA,
PATRICIA TRUJILLO, NANCY "RUSTY" BARCELO,
RICK BAILEY, MATTHEW MARTINEZ,
PEDRO MARTINEZ, MARIO CAETANO,
RYAN CORDOVA, ANDY ROMERO,
in their individual capacities; and NORTHERN
NEW MEXICO COLLEGE (NNMC)
AND THE NNMC BOARD OF REGENTS,

    Defendants.

## JOINT MOTION OF DISMISSAL, WITH PREJUDICE

Plaintiff Annette Rodriguez, by and through her counsel of record Jason Marks Law LLC (Jason Marks) and Defendants Northern New Mexico College and Board of Regents of Northern New Mexico College, by and through their counsel of record Long, Komer & Associates, P.A. (Mark E. Komer) (the Parties) move the Court for a dismissal, with prejudice, of the case and all issues in controversy between the Parties.

    WHEREFORE, the parties pray that the case be dismissed with prejudice with each party to bear their own costs and attorneys' fees.

LONG, KOMER & ASSOCIATES, P.A.
*Attorneys for Defendants Northern New Mexico College and Board of Regents of Northern New Mexico College*

*/s/Mark E. Komer*
Mark E. Komer
P. O. Box 5098
Santa Fe, NM 87502-5098
505-982-8405
mark@longkomer.com
email@longkomer.com

Approved:

JASON MARKS LAW LLC

*Electronic approval 11-21-19*
1011 Third Street, N.W.
Albuquerque, NM 87102
(505) 385-4435
lawoffice@jasonmarks.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10 day of January 2020, I filed the foregoing **Joint Motion of Dismissal with Prejudice** electronically, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jason Marks
lawoffice@jasonmarks.com

*Attorney for Plaintiff*

Jamie Sullivan
Jamie@brennsull.com

*Attorney for Defendants
Pedro Martinez, Brandi Cordova
and Ryan Cordova*

*/s/ Mark E. Komer*
Mark E. Komer