U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

ANNETTE RODRIGUEZ,

    Plaintiff,

v.                                                               No. Case No. 1:17-CV-1147-WJ-LF

RICKY SERNA, BRANDI CORDOVA,
PATRICIA TRUJILLO, NANCY "RUSTY" BARCELO,
RICK BAILEY, MATTHEW MARTINEZ,
PEDRO MARTINEZ, MARIO CAETANO,
RYAN CORDOVA, ANDY ROMERO,
in their individual capacities;
and NORTHERN NEW MEXICO COLLEGE (NNMC)
AND THE NNMC BOARD OF REGENTS,

    Defendants.

ORDER OF DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND CAUSES OF ACTION AGAINST DEFENDANTS
BOARD OF REGENTS OF NORTHERN NEW MEXICO COLLEGE AND
NORTHERN NEW MEXICO COLLEGE

    THIS MATTER having come before the Court on Joint Motion of Dismissal, with Prejudice of Plaintiff Annette Rodriguez and Defendants Board of Regents of Northern New Mexico College and Northern New Mexico College (the College), for an Order of Dismissal of all claims or potential claims that have been brought or could have been brought by Plaintiff against the College, the Court finds that the Joint Motion of Dismissal with Prejudice is well taken and shall be GRANTED.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's First Amended Complaint [Doc 73, filed 9/19/18] be, and hereby is, DISMISSED WITH PREJUDICE; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims brought, or that could have been brought, between the Plaintiff and the College be, and hereby are, DISMISSED WITH PREJUDICE; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party is to bear its own costs and attorney's fees in the litigation of this matter.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

LONG, KOMER & ASSOCIATES, P.A.
*Attorneys for Defendants*


*/s/ Mark E. Komer*
Mark E. Komer
P. O. Box 5098
Santa Fe, NM  87502-5098
505-982-8405
mark@longkomer.com
email@longkomer.com

Approved:

*Electronic approval 11-21-19*
JASON MARKS LAW LLC
Jason Marks
1011 Third Street, N.W.
Albuquerque, NM 87102
(505) 385-4435
lawoffice@jasonmarks.com

*Attorneys for Plaintiff*